## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RAROG j.d.o.o.,

    Plaintiff,                                     Case No.:  1:24-cv-07411

v.                                              Judge Thomas M. Durkin

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 13 | XJJ NHYG |
| 14 | Uncle Sam's Grocery Store |
| 16 | Hnanre Store |
| 19 | HGYW |
| 21 | EaseHome |
| 22 | TZQ Bobcat |

DATED:  October 28, 2024             Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt (Bar No. 6207971)
                                        Keith Vogt, Ltd.
                                        33 W. Jackson Blvd., #2W
                                        Chicago, Illinois 60604
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
